IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MISC. NO. 5:10MC3-RLV |
| | ) | |
| ANTHONY T. HENDRICKS, SR., | ) | |
| | ) | |
| Respondent. | ) | |

## DISMISSAL ORDER

Upon motion of the United States of America, for the reasons stated in their motion, and for good cause shown, it is **ORDERED** that the Motion to Dismiss is **GRANTED** and this action is **DISMISSED**.

The Clerk is directed to certify copies of this order upon the parties.

Signed: July 22, 2010

Richard L. Voorhees
United States District Judge